UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION CONFINEMENT SHU<br><br>    Defendants. | 1:06-CV-0557 OWW WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #5) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 13 2006, plaintiff filed a motion to extend time to respond to the Court's Order to Show Cause why his request to proceed in forma pauperis should not be denied. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to respond to the Court's Order to Show Cause.

IT IS SO ORDERED.

**Dated:   November 1, 2006**            **/s/  William M. Wunderlich**
j14hj0                                          UNITED STATES MAGISTRATE JUDGE